JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLAUNT MAGAZINE, INC., a California corporation, <br><br> Plaintiff, <br><br> vs. <br><br> SENTINEL INSURANCE COMPANY, LTD., et al. <br><br> Defendants. | Case No.: CV 18-2327-DMG (MRWx) <br><br> **ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE [22]** |

Pursuant to the parties' Stipulation and for good cause shown,

IT IS HEREBY ORDERED that the above-captioned action, and each and every cause of action therein, is dismissed in its entirety with prejudice. The parties shall bear their own attorneys' fees and costs of suit in connection with this action. All scheduled dates and deadlines are VACATED.

DATED: February 8, 2019

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE